**Order entered January 28, 2021**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00963-CV

**IN RE DAICO SUPPLY COMPANY AND GILBERTO BERCIAN, Relators**

**Original Proceeding from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-18216**

**ORDER**
Before Justices Pedersen, III, Carlyle, and Garcia

In this original proceeding, relator challenges an October 22, 2020[1] order granting real parties in interest's motion for a continuance and for a modified scheduling and pretrial order, to the extent that the court required the third-party claims to be tried separately from the other claims. That order was signed by the Honorable Jim Pruitt, who was sitting by assignment from October 22, 2020 to October 23, 2020, in the 44th Judicial District Court of Dallas County, Texas. That

---

[1]   Although relator's petition for writ of mandamus refers to an "October 23, 2020" order, the copy of the order in the appendix is dated October 22, 2020.

assignment period has concluded, and on January 1, 2021, the presiding judge of the 44th Judicial District Court was elevated to the Fifth District Court of Appeals.

Rule 7.2(b) requires this Court to abate this proceeding to allow the successor judge to reconsider the challenged order. *See* TEX. R. APP. P. 7.2(b) ("If the case is an original proceeding under Rule 52, the court must abate the proceeding to allow the successor to reconsider the original party's decision."). Accordingly, we **ABATE** this original proceeding pursuant to rule 7.2(b) of the Texas Rules of Appellate Procedure. This case is removed from the Court's active docket until further order of this Court, to allow the successor judge, once appointed, to reconsider the challenged order granting real parties in interest's motion for continuance and for a modified scheduling and pretrial order, to the extent that it required the third-party claims to be tried separately. We further **ORDER** the parties to file a status report with this Court within ten days of any ruling by the successor judge required by Rule 7.2(b).


/s/     BILL PEDERSEN, III
         JUSTICE